FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 4:19 pm, Apr 01, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. **CR225-006** |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| RYAN LEE BORDERS | ) Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 24, 2024, in Appling County, within the Southern District of Georgia, the Defendant,

**RYAN LEE BORDERS,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit, Beretta, Model: Unknown, 9mm caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One of this Indictment, the Defendant, **RYAN LEE BORDERS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Beretta, Model: Unknown, 9mm, serial number obliterated.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

███████████████████
Foreperson

_____  
Tara M. Lyons  
Acting United States Attorney

_____  
L. Alexander Hamner  
Assistant United States Attorney  
*Lead Counsel

_____  
Tania D. Groover  
Assistant United States Attorney  
Chief, Criminal Division

3